# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: NFP, FOOD ACTION   § Case No. 14-28371
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/30/2015 in Courtroom 619, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/17/2015         By:  /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NFP, FOOD ACTION § Case No. 14-28371
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 3,984.78 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 3,974.78 |
| **Balance on hand:** | $ 3,974.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,974.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 996.20 | 0.00 | 996.20 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 4.98 | 0.00 | 4.98 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,001.18 |
| Remaining balance: | $ 2,973.60 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,973.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,973.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,783.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AmTrust North America Inc | 20,997.00 | 0.00 | 2,519.26 |
| 2 | Jenkins, Noah Temaner | 3,786.75 | 0.00 | 454.34 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,973.60 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-28371-DRC
Food Desert Action, NFP                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: wepps              Page 1 of 1              Date Rcvd: May 18, 2015
                             Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2015.
```
db              +Food Desert Action, NFP,    7424 South Normal Avenue,    Chicago, IL 60621-2308
22236411         Alliance Member Services,    P O Box 49050,    San Jose, CA 95161-9050
22236413       #+Bus & Truck of Chicago, Inc.,    3330 S Pulaski Rd,    Chicago, IL 60623-4921
22236414        +Champion, Julian J.,    P O Box 53547,    Chicago, IL 60653-0547
22236415        +City of Chicago,    121 N LaSalle St,    7th Floor,    Chicago, IL 60602-1202
22236416        +Gannon, Nigel,    373 Wide Waters Lane,    Auburn, NY 13021-8669
22236418        +Jenkins, Noah Temaner,    431 S Dearborn Street,    Suite 1401,    Chicago, IL 60605-1126
22236420        +Pfluecke, James,    117 S Ridgeland Ave,    Oak Park, IL 60302-2919
22236421        +Sassetti LLC ,,    6611 West North Avenue,    Suite 105,    Oak Park, IL 60302-1043
22236423         Von der Ohe & Associates,    4 67 9 Cardamon Lane,    Rockford, IL 61114
22236424        +WEX Bank,    P O Box 6293,    Carol Stream, IL 60197-6293
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22236412         E-mail/Text: bankruptcy@amtrustgroup.com May 19 2015 01:17:46     AMTRUST North America,
                 P O Box 318004,    Cleveland, OH 44131-8004
22539026        +E-mail/Text: bankruptcy@amtrustgroup.com May 19 2015 01:17:46     AmTrust North America Inc,
                 attn: Accounts Payable Collection Mgmr,    800 Superior Ave East, 20th fl,
                 Cleveland, OH 44114-2613
22236417        +E-mail/Text: hduncan@inthenewsonline.com May 19 2015 01:18:14     In The News,
                 8517 Sunstate Street,    Tampa, FL 33634-1311
22236422        +E-mail/Text: appebnmailbox@sprint.com May 19 2015 01:16:54     Sprint,    P O Box 8077,
                 London, KY 40742-8077
                                                                                               TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22236419      ##+Lawndale Christian Development Corp,    38 43 W Ogden Ave,    Chicago, IL 60623-2459
                                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2015 at the address(es) listed below:
```
              Daniel J McGuire    on behalf of Debtor    Food Desert Action, NFP dmcguire@winston.com,
               ECF_BANK@winston.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Esther E Tryban Telser    on behalf of Creditor    City of Chicago etrybantelser@cityofchicago.org
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```